AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana ▼

| | |
|---|---|
| United States of America<br>v.<br>LANCE ROTOLO, JR.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No.  25-48 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 4, 2025__ in the county of __Jefferson__ in the __Eastern__ District of __Louisiana__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(2) | Distribution of child sexual abuse material |
| 18 U.S.C. § 2252(a)(2) | Receipt of child sexual abuse material |

This criminal complaint is based on these facts:
See attachment.

☑ Continued on the attached sheet.

/s/Jade Cohen
*Complainant's signature*

Special Agent Jade Cohen, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __04/05/2025__

*Judge's signature*

City and state: __New Orleans, Louisiana__     Hon. Eva J. Dossier, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 25-48** |
| v. | * | **SECTION: MAG** |
| **LANCE ROTOLO, JR.** | * | **FILED UNDER SEAL** |
| | * | |

\* \* \*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Special Agent Jade Raisa Cohen, having been duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) assigned to the New Orleans Division, and I have been an Agent since June 2023. I am currently assigned to investigate matters involving the online exploitation of children, particularly in relation to violations of Title 18, United States Code (U.S.C.), Sections 2251, 2252 and 2252A, which criminalize, among other things, the production, possession, receipt, and distribution of child pornography.

2. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including

other law enforcement officers, my review of documents and computer records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. This affidavit includes only those facts I believe are necessary to establish probable cause and does not include all of the facts uncovered during the investigation.

## OVERVIEW AND PURPOSE OF AFFIDAVIT

3. This affidavit is in support of a criminal complaint charging **Lance Rotolo, Jr.**("**Rotolo**") with violations of 18 U.S.C. § 2252(a)(2) (receipt and distribution of child sexual abuse material).

4. Based on my training and experience and the facts as set forth in this affidavit, probable cause exists to believe that **Rotolo** committed violations of 18 U.S.C. § 2252(a)(2).

## FACTS IN SUPPORT OF PROBABLE CAUSE

5. On April 4, 2025, an Online Covert Employee (OCE) in the New Haven Field Office of the Federal Bureau of Investigation engaged the Kik user "badbadbadfatherrr" in a chatroom entitled #creepersgrp.

6. Based on my training and experience, I know that Kik is an end-to-end encrypted messaging platform that allows for users to form groups as well as individual chats. The Kik group "#creepersgrp" frequently connects users that are sexually interested in minors. Once in the group, the OCE observed discussions that, based on their content, appeared to concern, and involve individuals who, manifested an interest in the sexual exploitation of children. A private chat was started between the OCE and the user "badbadbadfatherrr" at 12:31 p.m. EST. The chat proceeded as follows:

    **OCE:** Hey asl?

**Badbadbadfatherrr:** m 38 us

**OCE:** 35 m ct. East or West?

**Badbadbadfatherrr:** mid. What you got

**OCE:** I'm new to this world...I'm divorced now and my kids in school so I'm learning it. I'm attracted to yng though. You?

**Badbadbadfatherrr:** aw man im sorry ur so troubled rn. Do whats best for u. how old is urd au or kids. How many girls and what ages. U gotta use em the younger they are so they don't remember or tell. Older they get you lose ur opportunity. Then u gotta go out your way like most of us. Ykwim?

**OCE:** She's 12. Thanks for your kind words. How do I use her?

**Badbadbadfatherrr:** asleep or over the counter unisom sleeing aid in drink.

**OCE:** Oh damn

**Badbadbadfatherrr:** then shes a sex doll. Or u jus get her good

**OCE:** Fuck.

**Badbadbadfatherrr:** go all the way fuck her bad

**OCE:** do you use?

**Badbadbadfatherrr:** and scare her. My niece yea. Same way [Badbadbadfatherrr sends a picture of a petite female laying in bed wearing black underwear with her buttocks the focal point of the picture.] Show me ur girl

**OCE:** You ever fuck her?

**Badbadbadfatherrr:** u listen good or no? Only once

**OCE:** Whoa

**Badbadbadfatherrr:** she bled and I got scared

3

**OCE:** How old?

**Badbadbadfatherrr:** 12 lol do u listen?

**OCE:** Hell yeah

**Badbadbadfatherrr:** good. When she gets home let me know. Your gonna be my cuck and do as I say and get the best finish cuz of me ok? And in the process ruin ur little girl understood?

**OCE:** Yes. Is your niece still 12? That's fucking hot

**Badbadbadfatherrr:** yeah shes turning 13 inna few months. So ur girl is at school? Whats the most you've done? Where does she sleep at your house and send me some pics/vids of her

**OCE:** She's in school now and won't be back till like 4 ish. I havn't done anything with her...shes usually super aware

**Badbadbadfatherrr:** okay jus lmk as soon as shes home and when she gets home u start ur gonna tell her to go change

**OCE:** is that the only pic of your niece?

**Badbadbadfatherrr:** but she not allowed to shut doors. No ill send more for u. then ur gonna wait outside her door for her to start changing and record her

**OCE:** [Sends a picture of the face and body of a fully clothed female whose features are consistent with that of a minor while she is holding a ceramic item in her hands]

**Badbadbadfatherrr:** if she catched u acted surprised and cover ur eyes or sum. Cute

**OCE:** Oh damn

4

**Badbadbadfatherrr:** looks a little fke. Fake. Any worse quality pics but record her ass and shit when she walks by you

**OCE:** I'll try. I'm just nervous. What if she catches me?

**Badbadbadfatherrr:** don't be pussy its what u want. Then u act nonchalant. U weren't recording or lookin and u jus walked by and saw or call her pretty

**OCE:** O fuck. This is a lot

**Badbadbadfatherrr:** its not show me more of her

**OCE:** I do have one creepy shot of her [Sends a picture of a petite female wearing shorts and a white tank top laying on a bed and facing away from the camera with the focal point of the picture on her buttocks] We went on a vacation..it was too perfect

**Badbadbadfatherrr:** these pics are cut funny

**OCE:** What? They're from my phone

**Badbadbadfatherrr:** ill know if ur real later

**OCE:** Alright..well how do I know you're real? You sent one blurry pic

**Badbadbadfatherrr:** [Badbadbadfatherrr sends a short video in which a female appears to be sleeping with a blanket partially covering her face. The video zooms in on the female's face, nose, and mouth.] [ Badbadbadfatherrr sends a second short video depicting a close up of a petite female's unclothed buttocks. An adult hand grabs one buttock and pulls it to expose the anus and vagina of the female. The video captures the female's hand, which is substanitally smaller than that of the adult hand manipulating the buttock.]

**OCE:** Oh fuck. You're the real deal

5

**Badbadbadfatherrr:** yea

**OCE:** Do you live with your niece?

*Identifying "badbadbadfatherrr"*

7.  When the user "badbadbadfatherrr" stated that he had access to his niece, an Emergency Disclosure Request (EDR) was sent to Kik requesting the "badbadbadfatherrr's" subscriber information.

8.  Kik provided a report that showed the IP address used by "badbadbadfatherrr" as 17.6.2.19891.

9.  Subsequent investigation determined that IP Address 17.6.2.19891 was associated with 2244 Eastmere St., Harvey, Louisiana 70058.

10. On April 4, 2025, United States Magistrate Judge Eva J. Dossier authorized the issuance of a search warrant for 2244 Eastmere St., Harvey, Louisiana 70058. Law enforcement authorities executed the search warrant later that day.

11. During the execution of the search warrant, agents determined that five individuals reside at 2244 Eastmere St., Harvey, Louisiana 70058: **Lance Rotolo, Jr.** (Date of Birth: July 30, 2005) (hereinafter "**Rotolo**"); ███████████████████████

12. Law enforcement authorities seized electronic devices, including **Rotolo's** cellular phone, which he had on his person. **Rotolo** consented to a search of his cellular phone.

13. During a cursory search of **Rotolo's** cellular phone, agents observed numerous files, including both images and videos, depicting the sexual exploitation of children. Some of the files depicted children as young as approximately between one and two years old engaged in

sexually explicit conduct. The sexually explicit depictions included adult males penetrating toddler-aged children vaginally and orally with their penises.

14. After law enforcement authorities advised **Rotolo** of his *Miranda* rights, **Rotolo** waived those rights and made a statement that included the following information:

   a. **Rotolo** saved approximately 300 images depicting CSAM on his cellular phone.

   b. **Rotolo** has used Kik to converse with others about the sexual abuse of children and, further, to receive and distribute depictions of children being sexually exploited.

15. Agents interviewed ███████████████████████████████████████

## CONCLUSION

16. For the foregoing reasons, I submit that probable cause exists to believe that **Lance Rotolo, Jr.** committed and attempted to commit violations of 18 U.S.C. §§ 2252(a)(2) (receipt and distribution of child sexual abuse material).

Accordingly, I request that the Court issue a criminal complaint alleging the above listed offenses. I swear under penalty of perjury that the foregoing are true and correct to the best of my knowledge, information, and belief.

Sworn to under the pains and penalties of perjury,

/s/Jade Raisa Cohen
Jade Raisa Cohen
Special Agent
Federal Bureau of Investigation

Pursuant to Federal Rules of Criminal Procedure 4.1 and 41(d)(3), the undersigned judicial officer has on this date considered the information communicated by reliable electronic means in considering whether a complaint, warrant, or summons will issue. In doing so, I have placed the affiant under oath, and the affiant has confirmed that the signatures on the complaint, warrant, or summons and affidavit are those of the affiant, that the document received by me is a correct and complete copy of the document submitted by the affiant, and that the information contained in the complaint, warrant, or summons and affidavit is true and correct to the best of the affiant's knowledge.

Subscribed to and sworn before me,
This  5th  day of April, 2025.
New Orleans, Louisiana.

HONORABLE EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE