UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 25-118 |
| LANCE ROTOLO | SECTION L (3) |

### ORDER & REASONS

Considering the Government's motion to appoint a guardian *ad litem*, R. Doc. 21:

**IT IS HEREBY ORDERED** that the Government's request for the appointment of a guardian *ad litem* for the minor child, (referred to in the Indictment as "Victim 1") in the above-captioned case pursuant to Title 18, United States Code, Section 3509(h) is **GRANTED.** The Court finds such an appointment necessary because this case involves a child alleged by the Government to be a victim of a crime involving abuse or exploitation. *See* 18 U.S.C. §3509(h)(1). The Court hereby appoints as guardian *ad litem* Ashley B. Johnson-Alford, a member of the approved Roster kept by the Clerk of Court pursuant to this Court's General Order Regarding Appointment and Compensation of Guardians *Ad Litem*, which was promulgated on January 7, 2025 ("General Order"). R. Doc. 21-2. Ms. Johnson-Alford is to act in that capacity at all times to protect the best interests of the child to the extent allowable by law. *See* 18 U.S.C. § 3509(h)(2).

Pursuant to the General Order, this Court must "specify a funding limit" for the representation and "the appointment shall not extend beyond September 30th, the end of the fiscal year in which the order is issued." R. Doc. 21-2 at 2. Accordingly,

**IT IS ORDERED** that the funding limit for Ms. Johnson's-Alford's representation of Victim 1 is set at $2,000. As contemplated by the General Order, if Ms. Johnson-Alford believes that additional funding beyond this limit will be necessary, she may file a motion with the Court seeking an increase in funding.

1

2

**IT IS FURTHER ORDERED** that Ms. Johnson-Alford's representation should last through September 30, 2025. Should the above-captioned case be ongoing at that time, she may file a motion to renew the representation for the next fiscal year.

**IT IS FURTHER ORDERED** that Ms. Johnson-Alford should follow all other procedures as specified by the General Order, R. Doc. 21-2, including those regarding filing motions for additional funding, seeking reimbursement for costs, obtaining approval for engaging experts, and quarterly invoicing.

New Orleans, Louisiana, this 12th day of May, 2025.

HONORABLE ELDON E. FALLON